UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.:2:13-CR-1414 |
| vs. ) | |
| ) | |
| CHANDARA SAM ) | |

### STATEMENT OF DEFENDANT

I, Chandara Sam, have been provided with a copy of the Presentence Report (PSR) in this case by my attorney. I have read and discussed the PSR with my attorney and my objections are fairly described in the Addendum thereto.

Dated at Swanton, Vermont this 7th day of January, 2014.

_____
Chandara Sam, Defendant